AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Yuridia Castro-Hernandez<br>Ignacio Salazar-Santiago<br>Jose Angel Meza<br>Hortencia De Hoyos<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 5:21-mj-899<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 20, 2021** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1324 | knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, attempts to conceal, harbor, or shield from detection, and conspires with other persons known and unknown to conceal, harbor, or shield from detection such alien in any place, including any building or any means of transportation; |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/s/ Matthew Morris
*Complainant's signature*

Matthew Morris, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1:.

Date: 04/23/2021

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1. On April 20, 2021, at approximately 12:30 P.M., Homeland Security Investigations (HSI) Special Agents (SAs) received a request for investigative assistance from United States Border Patrol (USBP) Agents (BPAs) in Laredo, Texas, within the Southern District of Texas. BPAs reported receiving information about human smuggling. BPAs and HSI SAs responded to the vicinity of Jarvis Plaza in Laredo, Texas and initiated surveillance.

2. At approximately 1:00 P.M., BPAs observed a group of seven suspected Undocumented Non-Citizens (UNCs) depart a bus in Jarvis Plaza. BPAs then observed a Dodge Durango (Durango) park at Jarvis Plaza. The driver of the Durango, identified as Jose Angel MEZA during a previous encounter with law enforcement on April 20, 2021, exited the Durango and approached the group of suspected UNCs. BPAs then observed a Chevrolet Tahoe (Tahoe) park at Jarvis Plaza, and MEZA approached the Tahoe and made contact with the driver. The driver of the Tahoe was identified as Hortencia DE HOYOS by a BPA on visual surveillance. At approximately 2:35 P.M., BPAs observed one suspected UNC enter the Tahoe and a group of about five suspected UNCs enter the Durango. A Customs and Border Protection, Air and Marine Operations (CBP AMO) helicopter initiated aerial surveillance on the Durango.

3. BPAs, CBP AMO, and HSI SAs followed the Durango to the 4800 block of San Dario Avenue in Laredo, Texas. CBP AMO observed the Durango park in a business parking lot. CBP AMO observed the Tahoe park near the Durango. CBP AMO then observed a Chevrolet Silverado (Silverado) park near the Tahoe and Durango. At approximately 3:10 P.M., CBP AMO observed two suspected UNCs exit the Tahoe and enter the Silverado, and five suspected UNCs exit the Durango and enter the Silverado. BPAs, CBP AMO, and HSI SAs followed the Silverado to a residence on the 4700 block of Mims Avenue in Laredo, Texas (Residence). CBP AMO observed seven suspected UNCs exit the Silverado and enter the Residence. BPAs maintained surveillance on the Residence while CBP AMO and HSI SAs followed the Silverado. Webb County Constable's Office (WCCO) Deputies developed probable cause and performed a traffic stop on the Silverado near the intersection of Hilltop Road and Michigan Avenue in Laredo, Texas. The driver, identified as Ignacio SALAZAR-Santiago, was issued a citation by WCCO Deputies for failure to stop at a traffic stop sign and then transported to the Laredo South USBP Station.

4. At approximately 4:00 P.M., BPAs and WCCO Deputies conducted a knock and talk and the Residence. A person identified as Yuridia CASTRO-Hernandez answered the door. CASTRO stated she was leasing the Residence and consented to a search of the Residence. BPAs found seventeen persons in the Residence who were found to be present illegally in the United States after an immigration inspection. CASTRO and the seventeen UNCs in the Residence were transported to the Laredo South USBP Station.

5. HSI SAs advised SALAZAR of his Miranda rights, and SALAZAR agreed to waive his rights and speak to SAs. SALAZAR stated he was to transport persons from the 4800 block of San Dario Avenue to the Residence in exchange for $30 United States Dollars (USD). SALAZAR stated he knew the persons were UNCs once they entered the Silverado.

6. HSI SAs advised CASTRO of her Miranda rights, and CASTRO agreed to waive her rights and speak to SAs. CASTRO stated she lives at the Residence. CASTRO stated she was to be paid $50

USD per UNC.  CASTRO stated UNCs began arriving at the Residence on April 19, 2021.  CASTRO identified SALAZAR on a six-pack photographic lineup.

7. Ronald CHAN-De Leon (Guatemala) and Arturo BAHENA-Rojas (Mexico) are foreign citizens who were inside of the Residence and will be held as material witnesses.  CHAN and BAHENA admitted to illegally entering the United States by crossing the Rio Grande River, at various times, to be smuggled to various cities within the United States for various amounts of money.

8. CHAN stated after crossing the Rio Grande River, he was taken to an apartment where a female caretaker took him in.  CHAN stated he was kept in the first door on the left and was given food and water by the female caretaker.

9. BAHENA stated on April 20, 2021 he was put on a bus and traveled to a plaza in Laredo, Texas.  BAHENA stated he was loaded into a vehicle and then transferred to another vehicle, in a business parking lot, before being driven to an apartment.  BAHENA was shown a six-pack photographic lineup and identified MEZA as the driver of the vehicle that took him from the plaza in Laredo to the business parking lot.  BAHENA was shown a six-pack photographic lineup and identified CASTRO as the caretaker at the apartment.